## W. E. SMITH v. STATE.
### No. 14107.

Court of Criminal Appeals of Texas.
Feb. 4, 1931.

W. F. Duncan, of Wylie, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Unlawfully selling intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for one year.

The indictment appears regular. A plea of guilty was entered. The record is before us without statement of facts and bills of exception.

No fundamental error having been perceived, the judgment is affirmed.

## Emmett WRIGHT v. STATE.
### No. 14133.

Court of Criminal Appeals of Texas.
Jan. 14, 1931.

Ernest Herring, of Aspermont, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

Offense, driving an automobile upon a public street while under the influence of intoxicating liquor; penalty, thirty days in the county jail and a fine of $5.

No bill of exception or statement of facts appears in the record.

Affidavit by appellant, in proper form, has been filed in this court averring that he no longer desires to prosecute his appeal, but desires to accept his sentence, and asking that the judgment of the trial court be affirmed.

The motion is granted, and appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Jake YALE v. STATE.
### No. 13934.

Court of Criminal Appeals of Texas.
Jan. 28, 1931.

Will R. Saunders, of Pampa, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is murder; penalty, confinement in the penitentiary for a period of two years.

The indictment appears regular. The facts heard in the trial court are not before us. No complaints of the rulings of the trial judge have been brought forward by bills of exceptions or otherwise.

No fundamental errors having been revealed by the record, the judgment is affirmed.